Dismissed and Memorandum Opinion filed May 13, 2010.



 



 

In The

 

Fourteenth Court of
Appeals

                                                                                          



NO. 14-09-01079-CV



 

Miguel Collazzo aka Michael
Scott, Appellants

V.

Cecilia Longoria, Division
Chief, Appellee

 



On Appeal from the Probate Court
No 3

Harris County, Texas

Trial Court Cause No. 152002



 

MEMORANDUM  OPINION

 

            This is an
appeal from a judgment signed December 11, 2009.  The clerk’s record was filed
on December 31, 2009.  The reporter’s record was filed January 19, 2010.  No
brief was filed.

            On March 25,
2010, this court issued an order stating that unless appellant submitted his
brief, together with a motion reasonably explaining why the brief was late, on
or before April 26, 2010, the court would dismiss the appeal for want of
prosecution.  See Tex. R.
App. P. 42.3(b).

Appellant filed no response.

            Accordingly,
the appeal is ordered dismissed.

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices Anderson,
Frost, and Seymore.